UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CLARENCE WILLIAMS, | Case No. 2:16-cv-01617-APG-PAL |
| Plaintiff, | ORDER |
| v. | |
| CITIMORTGAGE, INC., et al. | |
| Defendant. | |

Before the court is the Notice of Settlement (ECF No. 6) between Plaintiff and Defendant Equifax Information Services, LLC ("Equifax") advising the court that a settlement has been reached between these parties.  The parties request 60 days to finalize settlement paperwork and file a notice of voluntary dismissal as to Defendant Equifax.  Accordingly,

**IT IS ORDERED** that Plaintiff shall have until **November 7, 2016,** to file a notice of voluntary dismissal, or a status report advising when the notice of voluntary dismissal will be filed.

DATED this 23rd day of September, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1