UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CLARENCE WILLIAMS, | Case No. 2:16-cv-01617-APG-PAL |
| Plaintiff, | ORDER |
| v. | |
| CITIMORTGAGE, INC., et al. | |
| Defendants. | |

Before the court is the Notice of Settlement (ECF No. 11) between Plaintiff and Defendant Citimortgage, Inc., who has not yet made an appearance in this case. The parties request 60 days to complete settlement dismissal documents. Accordingly,

**IT IS ORDERED** that Plaintiff shall have until **February 21, 2017,** to file a notice of voluntary dismissal, or a status report advising when the notice of voluntary dismissal will be filed.

DATED this 28th day of December, 2017.


PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1